IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 09 2026 ★

LONG ISLAND OFFICE

JEFFREY SIMPSON

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

RECEIVED
JAN 09 2026
EDNY PRO SE OFFICE

-against-

SOUTHAMPTON TOWN POLICE,
FARRELL FRITZ ATTORNEYS,
HUEBSCHER CONSULTING

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

CV 26 0125

BULSARA, J.

WICKS, M.J.

REC'D IN PRO SE OFFICE
JAN 9 '26 PM 12:40

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JEFFERY SIMPSON
Street Address: 2606 WATER MILL TOWD RD
City and County: WATER MILL NY    SUFFOLK
State and Zip Code: NY 11976
Telephone Number: 646-753-2872
E-mail Address: jsimpson001@icloud.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: TIMOTHY WILSON, SOUTHAMPTON TOWN POLICE
Job or Title (if known): SARGANT DETECTIVE
Street Address: 110 OLD RIVERHEAD RD
City and County: HAMPTON BAYS, SUFFOLK
State and Zip Code: NY 11946
Telephone Number: 631-728-5000
E-mail Address (if known): TWILSON@SOUTHAMPTONTOWNNY.GOV

Defendant No. 2
- Name: MARTIN BUNIN, FARRELL FRITZ ATTORNEYS
- Job or Title (if known): COUNSEL
- Street Address: 622 3rd AVE, SUITE 37200
- City and County: NY, NY
- State and Zip Code: NY 10017
- Telephone Number: 646 329 1982
- E-mail Address (if known): mbunin@farrellfritz.com

Defendant No. 3
- Name: ERIC HURBSCHER, HURBSCHER CONSULTING
- Job or Title (if known): CEO
- Street Address: 301 EAST 82nd ST, 20E
- City and County: NY, NY
- State and Zip Code: NY 10128
- Telephone Number: 646 584 3141
- E-mail Address (if known): info@hurbscherconsulting.com

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

3

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ State or local officials (a § 1983 claim)
☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4TH AMENDMENT - POLICE BRUTALITY
14TH AMENDMENT

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED DEPOSITION DATED 1/2/26
CC#ST25061503.

4

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

ON 12/29/25, MARTIN BUNIN OF FARRELL FRITZ THREATED MY ATTORNEY THAT HE WAS GOING TO IMMEDIATELY SEIZE ASSETS FROM MY HOME IN WATERMILL, NY, IN CONJUNCTION WITH HURBSCHER.

B. What date and approximate time did the events giving rise to your claim(s) occur?

DEC. 29th, 2025, 10AM AND APPROX. 4:30 PM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

IN THE NYS CASE 158055-2023, AN IMPROPER RECEIVERSHIP WAS SOUGHT BY FORMER PARTNER, JARED CHASSEN. THE RECEIVER, HURBSCHER AND COUNSEL, FARRELL FRITZ HAVE ACTED IMPROPER, IGNORING NYS COURT ORDERS, MALICOUSLY AND COLLUSIVELY ATTACKING ME. THE POLICE REFUSE TO HELP SORT THROUGH THE ISSUES WITH VARIOUS PROPERTIES IN SOUTHAMPTON, SINCE MAY 2025. ATTACHED DEPOSITION DESCRIBES THE RISK TO RUINS OF POLICE BRUTALITY IN REACTION TO MY PLEADING FOR HELP AFTER IMPROPER AND UNJUSTLY THREATS OF MY CIVIL RIGHTS BY HURBSCHER.

5

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I AM NOT AWARE OF ANY PHYSICAL INJURIES AT THIS TIME. I AM HURT EMOTIONALLY, WHEREIN I AM WRONGFULLY ACCUSED AND MY CHARACTER HAS BEEN UNDER ATTACK. A RECEIVER IS SUPPOSED TO BE IMPARTIAL, NOT DAMAGING. POLICE SHOULD NOT USE FORCE WHEN SOUGHT FOR HELP.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

"STAY" ALL ACTIONS LOCALLY IN SOUTHAMPTON IN CONJUNCTION WITH THE RECEIVER, COUNSEL, AND SH TOWN POLICE. REQUEST INVESTIGATION VIA DOJ FOR IMPROPRIETARIES THAT LIKELY EXIST AMONGST THESE PARTIES.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JAN 4, 2026.

Signature of Plaintiff _____

Printed Name of Plaintiff  JEFFRHY SIMPSON

YAEL SIMPSON
1055 PARK AVE
NEW YORK NY 10028-1011

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK
ATTN - PRO SE OFFICE
100 FEDERAL PLZ
CENTRAL ISLIP NY 11722-4438



01/05/2026
U.S. POSTAGE
$2.17
LFP

